**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRYSTAL BERGER, | Case No.: 2:26-cv-01480-APG-MDC |
| Petitioner | **Order** |
| v. | |
| SECRETARY OF U.S. DEPARTMENT OF LABOR, et al. | |
| Respondents | |

Petitioner Crystal Berger has filed a petition for writ of mandamus and a motion to expedite. ECF Nos. 1, 3.  She must properly serve the respondents with the summons, petition, her motion to expedite, and this order before I will address the motion and petition on an expedited basis.  I refer her to Federal Rule of Civil Procedure 4 on how to serve the United States of America and its agencies, officers, and employees.

I ORDER that the respondents' deadline to respond to the motion to expedite (ECF No. 3) is seven days after service is completed.

DATED this 18th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE