**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CRYSTAL BERGER,

Petitioner

v.

SECRETARY U.S. DEPARTMENT OF LABOR, et al.,

Respondents

Case No.: 2:26-cv-01480-APG-MDC

**Order Denying Motions for Entry of Default and Default Judgment**

[ECF Nos. 14, 15]

In light of the respondents' appearance in this matter and the Magistrate Judge's order extending time for them to respond to the petitioner's petition for writ of mandamus (ECF No. 25),

I ORDER that petitioner Crystal Berger's motions for entry of clerk's default and default judgment **(ECF Nos. 14, 15) are DENIED**.

DATED this 15th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE