**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CRYSTAL BERGER,

Petitioner

v.

SECRETARY U.S. DEPARTMENT OF LABOR, et al.,

Respondents

Case No.: 2:26-cv-01480-APG-MDC

**Order for Respondents to Further Respond to Motion to Expedite**

[ECF No. 3]

Petitioner Crystal Berger moves for expedited consideration of her petition for writ of mandamus. ECF No. 3. Berger claims her petition must be adjudicated by the time she turns 62 in November 2026 because by that date she must elect a wage loss compensation rate under 5 U.S.C. § 8116 or permanently lose that right. *Id.* at 2. The respondents respond that the statute contains no such requirement or time limitation. ECF No. 22 at 2. They contend that Berger will be free to later revoke the election she makes. *Id.* at 2 (citing 20 C.F.R. § 10.421(a) ("The beneficiary must elect the benefit that he or she wishes to receive, and the election, once made, is revocable.")). Thus, they argue, there is no need to expedite consideration of the petition. Berger did not reply to the respondents' argument.

The respondents have not explained what appears to be a discrepancy between the statute, which states that the employee's election is "irrevocable, except as otherwise provided by statute," and the regulation, which states that the election is revocable. *Compare* 5 U.S.C. § 8116(b) *with* 20 C.F.R. § 10.421(a). I therefore direct the respondents to file a supplemental response to the motion to expedite explaining further why any election Berger makes would be revocable.

I THEREFORE ORDER that the respondents' supplemental response to Berger's motion to expedite (ECF No. 3) is due by September 22. Petitioner Crystal Berger may file a reply by September 29.

DATED this 14th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE