**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRYSTAL BERGER,<br><br>Plaintiff<br><br>v.<br><br>SECRETARY U.S. DEPARTMENT OF LABOR, et al.,<br><br>Defendants | Case No.: 2:26-cv-01480-APG-MDC<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 38] |

I THEREFORE ORDER that the defendants' motion to extend time (ECF No. 38) is GRANTED.

DATED this 5th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE